820 A.2d 664

IN THE MATTER OF LARRY J. MCCLURE, AN ATTORNEY
AT LAW (ATTORNEY NO. 267521971).

April 25, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 02–337, concluding that **LARRY J. McCLURE** of
**HACKENSACK**, who was admitted to the bar of this State in
1971, should be suspended from the practice of law for a period of
six months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack
of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC*
1.4(b) (failure to explain matter to client to the extent necessary to
permit client to make informed decision), *RPC* 1.4(b) (failure to

communicate basis or rate of fee in writing), and *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board further having concluded that respondent should be required to return to his client the remaining sum of $500 of his fee in the *Conhaus* matter within ninety days;

And good cause appearing;

It is ORDERED that **LARRY J. McCLURE** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective May 21, 2003; and it is further

ORDERED that **LARRY J. McCLURE** return the sum of $500 of his fee to his client in the *Conhaus* matter within ninety days of the filing date of this Order; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.